UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

KATHY AVEY,

    Plaintiff,

vs.

THE HARTFORD,

    Defendant.

Case No.

Hon.

_____/

Eric I. Frankie (P47232)
Attorney for Plaintiff
535 Griswold, Suite 111-542
Detroit, MI 48226
(248) 219-9205
_____/

## COMPLAINT AND JURY DEMAND

### I. PARTIES, JURISDICTION AND VENUE

1. Plaintiff Kathy Avey ("Plaintiff") is a resident of the City of Whitmore Lake, County of Washtenaw, State of Michigan.

2. Defendant The Hartford ("Defendant") is a private corporation doing business in the State of Michigan.

3. This Court has jurisdiction of this action under ERISA, 29 U.S.C. §1132(e) and 28 U.S.C. § 1131.

4. The United States District Court for the Eastern District of Michigan is a proper venue for this action because the actions complained of occurred herein.

### II. GENERAL ALLEGATIONS

5. Plaintiff was the beneficiary of a long-term disability contract with Defendant through her employer Gordon Food Service, Inc.

6. Defendant has denied Plaintiff's appeal of its denial of her long-term disability benefits in a letter dated August 19, 2013.

7. Plaintiff has exhausted all administrative remedies prior to bringing this action.

### III. COUNT I- VIOLATIONS OF ERISA

8. Plaintiff re-alleges and incorporates by reference the foregoing paragraphs as if fully set forth herein, line for line, and word for word.

9. Plaintiff's claim seeks to recover benefits, enforced rights, including clarified rights to future benefits under 29 U.S.C. §1132(a)(i)(B).

10. Defendant's denial of Plaintiff's long-term disability benefits was arbitrary and capricious and not supported by substantial evidence in the administrative record.

WHEREFORE Plaintiff respectfully requests that this Honorable Court enter judgment for Plaintiff and against Defendant for damages, including past, present and future long-term disability benefits and attorney fees pursuant to 29 U.S.C. §1132, and any other relief this Court deems equitable, just and proper.

Respectfully Submitted,

Dated: September 28, 2015                By:___s/Eric I. Frankie_____
                                         Eric I. Frankie (P47232)
                                         Attorney for Plaintiff
                                         535 Griswold, Suite 111-542
                                         Detroit, MI 48226
                                         (248) 219-9205
                                         ericfrankie26@yahoo.com